*In re Estate of Jones. Jones, et al., Petitioners, v. Jones, Respondent,* No. 73951-0. Petition for review of a decision of the Court of Appeals, No. 20651-3-III, April 3, 2003, 116 Wn. App. 353. *Granted* November 4, 2003.

State, Respondent, v. Ross, Petitioner. State, Respondent, v. Hunter, Petitioner, Nos. 73784-3; 73895-5. Petition for review of a decision of the Court of Appeals, Nos. 25333-0-II; 50407-0-I, February 25, 2003. Cases *consolidated* and petition for review *granted* November 4, 2003.

*In re Parentage of May-Douglass. Douglass, Respondent, v. May, Petitioner,* No. 73659-6. Petitions for review of a decision of the Court of Appeals, No. 48941-1-I, November 12, 2002, 114 Wn. App. 1030. *Denied* November 4, 2003.

*In re Parentage of May-Douglass. Douglass, Respondent, v. May, Petitioner,* No. 73660-0. Petitions for review of a decision of the Court of Appeals, No. 47843-5-I, November 12, 2002, 114 Wn. App. 1030. *Denied* November 4, 2003.

*Lundberg ex rel. Orient Found., Petitioner, v. Coleman, et al., Respondents,* No. 73703-7. Petitions for review of a decision of the Court of Appeals, No. 48321-8-I, October 7, 2002, 115 Wn. App. 172. *Denied* November 4, 2003.

*In re Det. of Broten, Respondent,* No. 73716-9. Petition for review of a decision of the Court of Appeals, No. 26704-7-II, January 31, 2003, 115 Wn. App. 252. *Denied* November 4, 2003.

*Hackney, March & Carroll, Plaintiff, v. Smilde, Defendant. Jones, Petitioner, v. Seattle First Nat'l Bank, Respondent,* No. 73777-1. Petition for review of a decision of the Court of Appeals, No. 20688-2-III, October 22, 2002, 114 Wn. App. 1009. *Denied* November 4, 2003.